**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BLAIR SHAND,

                        Plaintiff,                    22 **CIVIL** 7479 (JLC)

           -against-                        **JUDGMENT**

KILOLO KIJAKAZI
Acting Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated August 11, 2023, Shand's motion for judgment on the pleadings is granted, and the Commissioner's cross-motion is denied.

**Dated:** New York, New York
          August 11, 2023

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                           **BY:**
                                                    **Deputy Clerk**